

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

**NOS.**  **2-09-234-CR**
**2-09-235-CR**
**2-09-236-CR**

MELVIN DASHAWN GRIGGS                    APPELLANT

V.

THE STATE OF TEXAS                              STATE

------------

FROM CRIMINAL DISTRICT COURT NO. 3 OF TARRANT COUNTY

------------

## MEMORANDUM OPINION[1]

------------

On February 22, 2010, the trial court filed a corrected certification of appellant Melvin Dashawn Griggs's right to appeal his convictions that form the basis of these appeals. *See* Tex. R. App. P. 25.2(a)(2), (d), (f). The corrected certification states that these are plea bargain cases in which Griggs has no right of appeal and that Griggs has waived his right of appeal.

---

[1] *See* Tex. R. App. P. 47.4.

Based on the information contained in the corrected certification, on March 16, 2010, we issued an order expressing our concern about whether we have jurisdiction over the appeals. We explained that the appeals were subject to dismissal unless any party desiring to continue them filed a response showing grounds to continue them. *See* Tex. R. App. P. 44.3. We have not received any such response. Accordingly, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006); *Jackson v. State*, 168 S.W.3d 239, 243 (Tex. App.—Fort Worth 2005, no pet.).

PER CURIAM

PANEL:  LIVINGSTON, C.J.; MCCOY and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  April 29, 2010